**THIS ORDER IS APPROVED.**

**Dated: May 25, 2010**



_James M. Marlar_
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

Law Office of Kathryn L. Johnson, PLC
Kathryn L. Johnson, Esq.
State Bar No. 019150/PCC No. 66037
2 E. Congress Street, Suite 900
Tucson, AZ 85701
(520) 743-2257; (520) 743-2231 (fax)
Email: kathy@kathyjohnsonlaw.com
Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

|  |  |
|---|---|
| In Re: | In Proceeding Under Chapter 13<br>Case No. 4:09-bk-29931-JMM |
| ALFRED AGUIAR,<br>COLLEEN AGUIAR,<br><br>          Debtors.<br>_____ | ORDER ALLOWING PAYMENT OF<br>ADMINISTRATIVE EXPENSE |

Upon application of Debtors' counsel for payment of administrative expenses, and there being no objections appearing,

IT IS ORDERED allowing the sum of $2,500.00 for attorney's fees and costs, in addition to amounts which were paid prior to filing, provided that payments will not prejudice claimants of equal or higher priority. The Trustee is directed to pay the balance of $2,500.00 to the Law Office of Kathryn L. Johnson, PLC to the extent that funds are available from the estate after payment of allowed administrative claims of higher priority. Upon confirmation of the plan, payment of this administrative expense shall be paid in accordance with the confirmed plan. In the event of a dismissal or conversion of this case, this administrative expense shall be paid immediately, prior to any refund of plan payments to the Debtors.